KUBASEK, Respondent.— Interlocutory judgment affirmed, with costs. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ:, concur.

CAROLINE UNGER, as Administratrix, etc., of MINNIE UNGER, Deceased, Respondent, v. BELT LINE RAILWAY CORPORATION, Defendant.— Defendant's motion granted, and ten days' further time given to file appellant's brief, without costs.   Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY HIRSCHBERG, Relator, v. THE BOARD OF SUPERVISORS OF ORANGE COUNTY, Respondent.— We are of opinion that the finding of the board of supervisors that the charges were not made in good faith forecloses the right to the relief sought in this proceeding.   The application is, therefore, denied, with costs.   Mills, Rich, Kelly and Jaycox, JJ., concur; Jenks, P. J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM P. GREGG, Relator, v. THE BOARD OF SUPERVISORS OF THE COUNTY OF ORANGE, Respondent.— We are of opinion that the finding of the board of supervisors that the charges were not made in good faith forecloses the right to the relief sought in this proceeding.   The application is, therefore, denied, with costs. Mills, Rich, Kelly and Jaycox, JJ.. concur; Jenks, P. J., not voting.

SUSAN DUBESHTER, Respondent, v. SAMUEL OKUN, Appellant.— Order affirmed by default, with ten dollars costs and disbursements.   Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of Summary Proceedings: MATTHEW A. BRODERICK, as Agent for JENNIE BROCKHURST, Respondent, v. CARRIE R. THOMAS, Appellant.— The petition was sufficient to give the justice jurisdiction. The admission in evidence of the prior record of the summary proceedings before the city judge did not adjudicate the amount of the rent here involved, or operate as a bar to this second summary proceeding.   The order and judgment of the County Court of Westchester county are, therefore, unanimously affirmed, with costs.   Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc.   Opening and Extending Ashland Place from Fulton Street to Flatbush Avenue, etc.— Reargument ordered, and case set down for Tuesday, April 5, 1921.   Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

G. FRANCIS LEONARD, Respondent, v. THE FEDERAL PAPER BOARD COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Mills, Rich, Blackmar and Jaycox, JJ.

CARRIE F. MOORE, Respondent, v. GROVER C. MOORE, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Reargument ordered upon the question as to whether the exclusion of the evidence at folios 260 to 269 of the record constituted substantial error; and case set down for Tuesday, April 5, 1921. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

FRANCES O'LEARY, as Administratrix, etc., of CARL C. MOLLER, Deceased,